```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 03383
   KARYN G. KUJAWA
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-3494


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/27/07 and confirmed on 06/07/07.

     2.  The case was dismissed after confirmation, 10/03/2008.

     3.  The Debtor paid a total of $    3574.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG         .00              .00             .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE         .00              .00             .00
LAKEWOOD FALLS COMMUNITY   SECURED            150.00              .00          150.00
PORTFOLIO RECOVERY ASSOC   UNSECURED          709.92              .00             .00
WILL COUNTY TREASURER      SECURED           1471.41              .00         1471.41
NICOR GAS                  UNSECURED          354.18              .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1621.41         .00      1064.10         .00        2685.51
PRINCIPAL PAID      1621.41         .00          .00         .00        1621.41
INTEREST PAID           .00         .00          .00         .00             .00
TOTAL PAID          1621.41         .00          .00         .00        1621.41
The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   2500.00
and was paid $    500.00  direct and $    1805.11  through the plan.

The Trustee received $     147.48 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 01/20/09               /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 07 B 03383 KARYN G. KUJAWA
```